■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH NEWBORN, Appellant. [840 NYS2d 609]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Ohlig, J.), rendered October 14, 2004, convicting him of sodomy in the first degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court properly denied the defendant's speedy

trial motion. Contrary to the defendant's contention, the People were diligent in their efforts to produce the defendant, who was held in custody in Nassau County (*see* CPL 30.30 [4] [e]; *People v Myron*, 28 AD3d 681 [2006], *cert denied* — US —, 127 S Ct 1919 [Apr. 02, 2007]; *People v Parker*, 186 AD2d 593 [1992]; *People v Gilbert*, 142 AD2d 686 [1988]). The People filed writs of habeas corpus to compel the defendant's production on scheduled court dates. Therefore, the periods of delay resulting from the defendant's non-production on such dates are not chargeable to the People (*see* CPL 30.30 [4] [e]). After subtracting periods of delay which were due to the defendant's pretrial motion practice (*see* CPL 30.30 [4] [a]), and adjournments either requested or consented to by the defendant (*see* CPL 30.30 [4] [b]), the total time chargeable to the People was within the permitted six calendar months (*see* CPL 30.30 [1] [a]; *People v Kendzia*, 64 NY2d 331 [1985]; *People v Clark*, 11 AD3d 706 [2004]; *People v Echols*, 213 AD2d 721 [1995]).

The defendant's remaining contentions are without merit or do not require reversal. Schmidt, J.P., Goldstein, Covello and Dickerson, JJ., concur.